# Condon, Nancy N.

| | |
|---|---|
| **From:** | Robert Van Horn <robert@vanhornfirm.com> |
| **Sent:** | Wednesday, August 16, 2023 1:28 PM |
| **To:** | Harriman, Alexandra A. |
| **Subject:** | RE: Matthew McDonald |
| **Attachments:** | 2023-08-09 Waiver of Service of Summons.pdf |

**Note:** *** This email originated from outside of Preti. Please do not click on any links or open attachments unless you can verify the sender and content.***

Here is the acceptance of service.

Robert

Robert Van Horn, Esq.

Van Horn Law Office

20 Oak Street

Ellsworth, ME 04605

Office: (207) 667-2793

Fax: (888) 979-8560

Mobile: (207) 902-0023

**From:** Harriman, Alexandra A. <AHarriman@preti.com>
**Sent:** Wednesday, August 9, 2023 3:25 PM
**To:** Robert Van Horn <robert@vanhornfirm.com>
**Cc:** Beliveau, Severin M. <SBeliveau@preti.com>
**Subject:** RE: Matthew McDonald

Hi Robert,
Attached is the complaint. Thanks for agreeing to accept service, could you please sign and email back the attached form?
Thank you,
Alex

**Alexandra A. Harriman**
Attorney
Pronouns: she/her/hers
**Preti**Flaherty

**From:** Beliveau, Severin M. <SBeliveau@preti.com>
**Sent:** Wednesday, August 9, 2023 11:05 AM
**To:** 'Robert Van Horn' <robert@vanhornfirm.com>
**Cc:** Harriman, Alexandra A. <AHarriman@preti.com>
**Subject:** RE: Matthew McDonald

Robert,

I am pleased that you will accept service on behalf of your client and we will be sending you the documents shortly.

Severin

**Severin M. Beliveau**
Attorney
**Preti**Flaherty

**From:** Robert Van Horn <robert@vanhornfirm.com>
**Sent:** Wednesday, August 9, 2023 8:32 AM
**To:** Beliveau, Severin M. <SBeliveau@preti.com>
**Subject:** Matthew McDonald

**Note:** *** This email originated from outside of Preti. Please do not click on any links or open attachments unless you can verify the sender and content.***

Hello, Severin:

I understand from the papers that a civil suit has been filed in federal court against Mr. McDonald. My client has authorized me to accept service of any complaint on his behalf. Please let me know if we can proceed this way. Thank you.

Best regards,

Robert

Robert Van Horn, Esq.

Van Horn Law Office

20 Oak Street

Ellsworth, ME 04605

Office: (207) 667-2793

Fax: (888) 979-8560

Mobile: (207) 902-0023

This E-Mail may contain information that is privileged, confidential and / or exempt from discovery or disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you are not the intended recipient of this communication, and have received it in error, please do not distribute it and notify me immediately by E-mail at aharriman@preti.com or via telephone at 207.791.3000 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | ) |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| _____ | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: _____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

# Condon, Nancy N.

| | |
|---|---|
| **From:** | Robert Van Horn <robert@vanhornfirm.com> |
| **Sent:** | Tuesday, September 19, 2023 12:46 PM |
| **To:** | Harriman, Alexandra A. |
| **Subject:** | RE: Activity in Case 1:23-cv-00310-NT AQUINO, et al. v. MCDONALD Notice to Pro Se Re First Filing & Address Updates |

**Note:** *** This email originated from outside of Preti. Please do not click on any links or open attachments unless you can verify the sender and content.***

No, my involvement was limited to accepting service.

Robert Van Horn, Esq.

Van Horn Law Office

20 Oak Street

Ellsworth, ME 04605

Office: (207) 667-2793

Fax: (888) 979-8560

Mobile: (207) 902-0023

**From:** Harriman, Alexandra A. <AHarriman@preti.com>
**Sent:** Tuesday, September 19, 2023 12:45 PM
**To:** Robert Van Horn <robert@vanhornfirm.com>
**Subject:** FW: Activity in Case 1:23-cv-00310-NT AQUINO, et al. v. MCDONALD Notice to Pro Se Re First Filing & Address Updates

Hi Robert,
Mr. McDonald filed a letter with the court today. Are you still representing him in connection with this matter?
Thank you,
Alex

**Alexandra A. Harriman**
Attorney
Pronouns: she/her/hers
**Preti**Flaherty

**From:** cmecf@med.uscourts.gov <cmecf@med.uscourts.gov>
**Sent:** Tuesday, September 19, 2023 9:25 AM
**To:** cmecfnef@med.uscourts.gov

**Subject:** Activity in Case 1:23-cv-00310-NT AQUINO, et al. v. MCDONALD Notice to Pro Se Re First Filing & Address Updates

**Note:** *** This email originated from outside of Preti. Please do not click on any links or open attachments unless you can verify the sender and content.***

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Maine

## Notice of Electronic Filing

The following transaction was entered on 9/19/2023 at 9:25 AM EST and filed on 9/19/2023
**Case Name:** AQUINO, et al. v. MCDONALD
**Case Number:** 1:23-cv-00310-NT
**Filer:** MATTHEW T MCDONALD
**Document Number:** 12(No document attached)

**Docket Text:**
**NOTICE: Recently MATTHEW T MCDONALD filed a pleading in this Court without representation of an attorney. Information regarding representing yourself is available on the Court's website at https://www.med.uscourts.gov/handout-self-represented-parties including a Handout for Self-Represented Parties. This handout is intended for informational and practical purposes only and in no way takes the place of an attorney's legal advice, but it may provide some answers to procedural and general questions. ALSO NOTE: You are responsible for notifying the Court in writing of any changes to your mailing address or telephone number and of any change in status regarding representation by an attorney. (cc: pro se litigant) (slg)**

**1:23-cv-00310-NT Notice has been electronically mailed to:**

ALEXANDRA A. HARRIMAN aharriman@preti.com, ncondon@preti.com

SEVERIN M. BELIVEAU sbeliveau@preti.com

**1:23-cv-00310-NT Notice has been delivered by other means to:**

MATTHEW T MCDONALD
30 FIDDLEHEAD LANE
HANCOCK, ME 04640

This E-Mail may contain information that is privileged, confidential and / or exempt from discovery or disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you are not the intended recipient of this communication, and have received it in error, please do not distribute it and notify me immediately by E-mail at aharriman@preti.com or via telephone at 207.791.3000 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.