UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| HANNA AQUINO, et al. | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL NO. 1:23-cv-00310-NT |
| MATTHEW T. MCDONALD | ) |
| Defendant, | ) |

JUDGMENT

In accordance with the Order on Motion for Entry of Default Judgment entered by U.S. District Judge, Nancy Torresen, on November 18, 2024,

DEFAULT JUDGMENT is hereby entered for Plaintiffs Hanna Aquino and Susan Englar and against Defendant Matthew T. McDonald in the amount of $225,000, plus interest as allowed by law.

CHRISTA K. BERRY
CLERK

By:   /s/ Stacey Graf
      Deputy Clerk

Dated: November 18, 2024