# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| HANNA AQUINO, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Docket No. 1:23-cv-00310-NT |
| MATTHEW T. MCDONALD, | ) ) ) |
| Defendant. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On May 5, 2025, the United States Magistrate Judge conducted a disclosure hearing (ECF No. 64), and on August 13, 2025, he filed with the Court, with copies to the parties, his Recommended Decision (ECF No. 73) following the disclosure hearing. The Magistrate Judge recommended that the Court find that the Defendant does not have the present ability to pay the judgment against him, and he also denied the Defendant's motion to consider his medical records and granted his motion to seal his medical records (ECF No. 68).

The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.

SO ORDERED.

/s/ Nancy Torresen  
United States District Judge

Dated this 9th day of October, 2025.